**Ardell RUETHER, Movant–Appellant,**

v.

**STATE of Missouri, Respondent–Respondent.**

No. 57194.

Missouri Court of Appeals,
Eastern District,
Division One.

April 10, 1990.

Paul E. Madison, Asst. Public Defender, St. Charles, for movant-appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

## ORDER

### PER CURIAM.

Movant appeals from the denial of his motion to set aside the dismissal of his Rule 27.26 motion. We affirm pursuant to Rule 84.16(b). No error of law appears and an extended opinion would have no precedential value.